No. P67/328.—B.P.M. International, Ltd. *v.* United States, protests 65/9225 and 65/11126 (New York).

Ford, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of magnetic earphones similar in all material respects to those the subject of *Motorola, Inc., and International Expediters, Inc.* v. *United States* (54 Cust. Ct. 303, Abstract 69019), the claim of the plaintiff was sustained.

No. P67/329.—R. H. Macy & Co., Inc., et al. *v.* United States, protests 65/7149, etc. (New York).

Ford, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of handkerchiefs similar in all material respects to those the subject of *Ashear Bros., Inc.* v. *United States* (55 Cust. Ct. 238, C.D. 2582), the claim of the plaintiffs was sustained.

No. P67/330.—F. B. Vandegrift & Co., Inc. *v.* United States, protests 62/4276, etc. (Philadelphia).

No. P67/331.—F. B. Vandegrift & Co., Inc. *v.* United States, protests 63/6939, etc. (Philadelphia).

Beckworth, J. In accordance with stipulation of counsel that the items of merchandise marked "A" covered by the foregoing protests consist of curling irons or hair straightening combs in chief value of iron or steel similar in all material respect to those the subject of *F. B. Vandegrift & Co., Inc.* v. *United States* (56 Cust. Ct. 103, C.D. 2617), and that the items marked "B" consist of hair straightening combs in chief value of brass similar in all material respects to those the subject of C.D. 2617, *supra,* the claims of the plaintiff were sustained.